IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH WALTER MANN, JR.                                                              PLAINTIFF

V.                              CASE NO. 4:10CV1408 JMM-JTK

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                       DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion for Leave to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (DE #1). The application is incomplete, as it does not contain Plaintiff's take-home pay or wages, if any. Therefore, the Court hereby directs Plaintiff to supplement his application within fourteen days of this Order.

IT IS SO ORDERED this 23rd day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE